**FILED**
**JUN 11 2024**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Manuel Adrow <br> Defendant. | Case No. 4:12-cr-00704-JSW-1 & <br> 4:18-cr-00156-JSW-1 <br> **ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Manuel Adrow from custody. Defendant shall reside . Defendant is ordered to abide by all previously ordered terms and conditions of Supervised Release. Defendant ordered to report to probation by 12:00pm on 6/12/2024.

DATED: June 11, 2024

HON. KANDIS A. WESTMORE
United States Magistrate Judge